# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

137051

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JODI P. HEERINGA, Trustee of the
Jodi P. Heeringa Trust, dated May 7, 1985,
          Plaintiff-Appellant,

v

          SC: 137051
          COA: 274852
          Ottawa CC: 04-050689-CH

GLEN E. PETROELJE and MARILYN C.
PETROELJE, as Trustee of the
Marilyn C. Petroelje Living Trust, dated
November 2, 1999,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the July 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk